FILED

MAR 2 0 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Eric Brosten,                          )
                                       )
        Plaintiff,                     )
                                       )
        v.                             )      Civil Action No. *14 - 449*
                                       )
Library of Congress,                   )
                                       )
        Defendant.                     )
_____)

MEMORANDUM OPINION

This matter is before the Court on its initial review of the plaintiff's *pro se* Complaint and application to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff is a District of Columbia resident suing the Library of Congress for allegedly limiting his access presumably to the building. *See* Compl. at 2. He seeks $50 million in damages and equitable relief. *Id.* at 3. The complaint begins with incoherent statements and accusations of a "criminal conspercy [sic]" between the Library of Congress police force and "Hillary Clinton." *Id.* at 1. Plaintiff then mentions "unlawful discriminatory practice" but does not provide any discernible facts supporting a basis for federal court jurisdiction. Hence, this case will be dismissed. A separate Order accompanies this Memorandum Opinion.

United States District Judge

Date: February 26, 2014